458 A.2d 260

Commonwealth v. Padin, Appellant.

Submitted September 14, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The order of the lower court is affirmed.